Gail Lin Chung, Cal St. Bar. No. 212334
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel.:  (212) 245-1000
Fax:  (646) 509-2070
Email: gl@outtengolden.com

Attorneys for Plaintiff Tony Bulchak, on behalf of
himself and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TONY BULCHAK on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CODA AUTOMOTIVE, INC., <br><br> Defendant. | CASE NO.  2:13-cv-02972-PA-E <br><br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff Tony Bulchak, hereby gives notice of dismissal of this action without prejudice.

DATED: May 2, 2013

/s/ Gail Lin Chung
Gail Lin Chung (Cal St. Bar. No. 212334)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Tel.:  (212) 245-1000
Fax:  (646) 509-2070
Email: gl@outtengolden.com

*Attorneys for Plaintiff, Tony Bulchak and the putative class*